# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2025

## NO. 03-25-00022-CV

**D. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on December 5, 2024. Having reviewed the record, the Court holds that D. P. has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.